In the Matter of the Application of JEAN HELLMAN, Appellant, for a Certiorari Order against EDWARD P. MULROONEY, as Chairman of the New York State Liquor Authority, Division of Alcoholic Beverage Control, and NEW YORK STATE LIQUOR AUTHORITY, DIVISION OF ALCOHOLIC BEVERAGE CONTROL, Respondents.— Motion to dismiss certiorari proceeding denied on condition that the petitioner print the record and be ready for argument at the May term. Motion by petitioner for an additional stay granted, and all proceedings on the part of the respondents to enforce the revocation of the license stayed until the hearing and determination of the certiorari proceeding, providing said proceeding is brought on for argument at the May term. The motion to compel the respondents to serve an amended return deleting certain portions thereof is denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of JAMAICA APOTHECARY, INC., Assignor, to ARTHUR J. GUTMAN, Assignee, Respondent; NATIONAL MIRROR WORKS, INC., Claimant, Appellant.— Motion for leave to file an abridged record on appeal denied. The appellant should proceed to have the record settled at Special Term. (*Capone* v. *Matteo Realty Corp.*, 241 App. Div. 845.) Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of ALEXANDER McCRAW, Appellant, for a Mandamus Order against JAMES E. FINEGAN, as President of the Municipal Civil Service Commission of the City of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION for an Inquiry into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— Motion for judicial inquiry granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of CATHERINE ROHAN, as Committee of the Estate of PETER ROHAN, an Incompetent Person. MARYLAND CASUALTY COMPANY, Appellant; CHARLES J. MASONE, as Special Guardian for PETER ROHAN, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of JULIUS E. SCHICK, a Bankrupt, to Have a Certain Judgment in Favor of SAMUEL GOLDSTEIN Canceled of Record. SAMUEL GOLDSTEIN, Respondent; JULIUS E. SCHICK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

CLARENCE LEVENTHAL, Respondent, v. ESTHER WEINTRAUB, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

DANIEL MAY, Executor of the Estate of CAROLINE MAY, Also Known as KAROLINE MAJ, Deceased, Respondent, v. UNION DIME SAVINGS BANK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.